

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant is an inmate acting pro se in a civil suit. Appellant asserts he is indigent, but he did not file an affidavit of indigence "in the trial court *with or before* the notice of appeal." TEX. R. APP. P. 20.1(c)(1) (emphasis added).

On June 1, 2016, we abated this appeal so any party could filed a contest to Appellant's affidavit of indigence. We ordered any party wishing to file a contest to file it in this court by June 13, 2016. No contest was timely filed. For purposes of this appeal, Appellant is indigent. "[T]he trial court clerk and the court reporter must prepare the appellate record without prepayment." TEX. R. APP. P. 20.1(k).

We REINSTATE the appellate timetable. The clerk's and reporter's records are due within FIFTEEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court